1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONNIE McDANIEL,                              No.  2:13-cv-1945-KJM-EFB PS

12                 Plaintiff,

13        v.                                       FINDINGS AND RECOMMENDATIONS

14   BRIAN BALDWIN, and Family, and
     JOHNSON FAMILY,
15
                   Defendants.
16

17

18        This action, in which plaintiff is proceeding in propria persona, was referred to the

19   undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  On July 24, 2014,

20   the court dismissed plaintiff's complaint with leave to amend.  The order explained the

21   complaint's deficiencies, gave plaintiff thirty days to file an amended complaint correcting those

22   deficiencies, and warned plaintiff that failure to file an amended complaint would result in a

23   recommendation that this action be dismissed.  ECF No. 4.

24        The deadline has passed and plaintiff has not filed an amended complaint or otherwise

25   responded to the order.[1]

26   _____

27        [1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff
     was properly served.  It is the plaintiff's responsibility to keep the court apprised of her current
     address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of
28   the party is fully effective.

                                            1

Accordingly, it is hereby RECOMMENDED that this action be dismissed, and that the Clerk be directed to close this case.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 22, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE